FILED
NOV 19 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 1:21-cr-347-JRS-MG |
| v. ) | |
| ) | |
| CURTIS COLE, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1
18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm

On or about October 28, 2021, within the Southern District of Indiana, CURTIS COLE, the defendant herein, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Taurus 709 9mm pistol, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

  Battery by Means of a Deadly Weapon, under Marion County (Indiana) cause number 49D30-1801-F5-000249, on or about July 1, 2019, and/or

  Battery by Means of a Deadly Weapon, under Marion County (Indiana) cause number 49D30-1801-F5-000249, on or about July 1, 2019, and/or

  Identity Deception, under Marion County (Indiana) cause number 49F15-1301-FD-004055, on or about March 7, 2013, and/or

  Theft, under Marion County (Indiana) cause number 49F15-1207-FD-051379, on or about March 7, 2013, and/or

1

        Burglary, under Marion County (Indiana) cause number 49G04-1008-FB-067769, on or about November 17, 2010,

in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE**

1.     Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2.     Pursuant to Title 18, United States Code, Section 924(d), if convicted of Count One of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

3.     The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a.     One Taurus 709 9mm pistol, and

    b.     Any ammunition associated with the offense.

4.  In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____

Abhishek Kambli
Assistant United States Attorney

3